Bijan Amini (BA-3533)
Matthew Kane (MK-9645)
Jason B. Levin (JL-8009)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Attorneys for Plaintiff Agrippa LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| AGRIPPA LLC | : | Civil Action |
| | : | No. 10-Civ-9478 (PAC) |
| Plaintiff, | : | ECF Case |
| | : | |
| -against- | : | **RULE 7.1 DISCLOSURE** |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Agrippa LLC, through its undersigned counsel, certifies that no parent corporation or any publicly traded corporation owns 10% or more of its stock or membership interest.

Dated: New York, New York
       December 23, 2010

                                    STORCH AMINI & MUNVES PC

                                    By __/S/ **Bijan Amini**_____
                                          Bijan Amini (BA-3533)
                                          Matthew D. Kane (MK-9645)
                                          Jason B. Levin (JL-8009)
                                  Two Grand Central Tower
                                  140 East 45th Street, 25th Floor
                                  New York, NY 10017
                                  (212) 490-4100
                                  Attorneys for Plaintiff Agrippa LLC