UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

AGRIPPA, LLC

              Plaintiff,

- against -

BANK OF AMERICA, N.A.,

              Defendant.

----------------------------------------------------------------x

Case No. 10-cv-09478-PAC
ECF Case

**NOTICE OF SETTLEMENT
OF ORDER**

SIRS/MESDAMES:

PLEASE TAKE NOTICE that pursuant to the direction of the Court, a proposed Order, a true copy of which is annexed hereto, will be presented for signature to the Hon. Paul A. Crotty, United States District Judge, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, NY on the 21st day of January, 2011 at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard.

Dated: New York, NY
       January 13, 2011

Yours, etc.

*[signature]*
Colin E. Kaufman, Esq. (CK4916)
ADAM LEITMAN BAILEY, P.C.
  *Attorneys forDefendant Bank of America*
120 Broadway, 17th Floor
New York, NY 10271-1797
Tel: 212-825-0365
Fax: 212-825-0999
Email: cekaufman@alblawfirm.com

HFD 219087.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| AGRIPPA, LLC | Case No. 10-cv-09478-PAC |
| | ECF Case |
| Plaintiff, | |
| - against - | **ORDER** |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

----------------------------------------------------------------x

WHEREAS, a motion having been brought on before this Court on December 21, 2010, requesting an order preliminarily enjoining Defendant Bank of America, N.A. from auctioning certain collateral securing a promissory note, and the Court having considered the (New York State) Order to Show Cause in support thereof, with Exhibits annexed, dated December 20, 2010, submitted by Plaintiff and the Memorandum of Law in Opposition thereto of Defendant, with Exhibits annexed dated December 29, 2010, and both parties having appeared and been heard in argument before me on January 3, 2011, and due deliberation having been had thereon, and Court having made a Docket Entry Order dated January 11, 2011 directing settlement of an Order denying the Preliminary Injunction; it is now hereby

ORDERED, that the motion of Plaintiff Agrippa, LLC for an order preliminarily enjoining Defendant Bank of America, N.A. from auctioning certain collateral securing a promissory note is denied.

ENTER: _____
Hon. Paul. A. Crotty
United States District Judge

Dated: _____, 2011

HFD 219087.1

TO: (by ECF filing)

**Bijan Amini**
Storch, Amimi & Munves, P.C.,
  *Attorneys for Plaintiff Agrippa, LLC*
2 Grand Central Tower, 25th Floor
New York, NY 10017
(212) 490-4100
(212) 490-4208 (fax)
amini@samlegal.com

**Matthew David Kane**
Storch Amini & Munves, P.C.
  *Attorneys for Plaintiff Agrippa, LLC*
2 Grand Central Tower,
140 East 45th Street,25th Floor
New York, NY 10017
(212) 490-4100
(212) 490-4208 (fax)
mkane@samlegal.com

**Jason Brett Levin**
Storch Amini & Munves, P.C.
  *Attorneys for Plaintiff Agrippa, LLC*
2 Grand Central Tower,
140 East 45th Street, 25th Floor
New York, NY 10017
(212)-497-8218
(212)-490-4208 (fax)
jlevin@samlegal.com

**Andrew Benjamin Nevas**
Levett Rockwood, P.C.
  *Attorneys for Plaintiff Agrippa, LLC*
33 Riverside Avenue
P.O. Box 5116
Fairfield, CT 06881
(203)-222-0885
(203)-226-8025 (fax)
anevas@levettrockwood.com

HFD 219087.1

(by First Class Mail)

**Donald E. Frechette**
Edwards Angell Palmer & Dodge LLP
  *Attorneys for Defendant Bank of America*
20 Church Street
Hartford, Connecticut  06103
(860) 525-5065
(860) 527-4198 (fax)
dfrechette@eapdlaw.com