```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 JAN 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AGRIPPA, LLC

           Plaintiff,

- against -

BANK OF AMERICA, N.A.,

           Defendant.

------------------------------------------------------------x

Case No. 10-cv-09478-PAC
ECF Case

**ORDER**

WHEREAS, a motion having been brought on before this Court on December 21, 2010, requesting an order preliminarily enjoining Defendant Bank of America, N.A. from auctioning certain collateral securing a promissory note, and the Court having considered the (New York State) Order to Show Cause in support thereof, with Exhibits annexed, dated December 20, 2010, submitted by Plaintiff and the Memorandum of Law in Opposition thereto of Defendant, with Exhibits annexed dated December 29, 2010, and both parties having appeared and been heard in argument before me on January 3, 2011, and due deliberation having been had thereon, and Court having made a Docket Entry Order dated January 11, 2011 directing settlement of an Order denying the Preliminary Injunction; it is now hereby

ORDERED, that the motion of Plaintiff Agrippa, LLC for an order preliminarily enjoining Defendant Bank of America, N.A. from auctioning certain collateral securing a promissory note is denied.

ENTER: _____
Hon. Paul. A. Crotty
United States District Judge

Dated: _____January 18_____, 2011

HFD 219087.1